MINUTE ENTRY
NOVEMBER 3, 2017
ROBY, M. J.

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-201 |
| JEREMY ESTEVES | SECTION: I |

### INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT WITH/(WITHOUT) COUNSEL  _____

X  ASSISTANT U.S. ATTORNEY   MICHAEL MCMAHON
___ INTERPRETER  _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE IN̶D̶I̶C̶T̶M̶E̶N̶T̶ *Redacted* WAS:
   READ   WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 14

**SEALED**

_/ BAIL SET AT _____

_____
_____
_____
_____
_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/
(ARRAIGNMENT IS) SET FOR _November 13, 2017 at 2:00 pm_

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_November 13, 2017 at 2:00 pm_

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL
HEARING/(ARRAIGNMENT)/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL
WITH COUNSEL _____

[signature]